UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division


ANEWBIS HARGROVE,
Individually and on behalf of
other similarly situated
individuals, et al.,

                Plaintiffs,

    v.                             ACTION NO. 2:11cv344

RYLA TELESERVICES, INC.,

                Defendant.


## ORDER

This matter comes before the court on the defendant's Motion to Seal (ECF No. 120) filed on October 25, 2012; Joint Motion for Approval of Settlement of Fair Labor Standards Act Collective Action (ECF No. 122) filed on October 26, 2012; plaintiffs' Consent Motion for Attorneys' Fees and Litigation Expenses (ECF No. 126) filed on October 29, 2012; and, defendant's Second Motion to Seal (ECF No. 142) filed on November 8, 2012. The matter was referred to a United States Magistrate Judge by Order of November 2, 2012, pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and (C) and Federal Rule of Civil Procedure 72(b), to conduct hearings, including evidentiary hearings, if necessary, and to submit to the undersigned proposed findings of fact, if applicable, and recommendations for the disposition of the motions.

The United States Magistrate Judge's Report and Recommendation was filed on April 12, 2013. The magistrate judge recommended that the Motions to Seal (ECF Nos. 120 and 141) be denied; that the Joint Motion for Approval of Settlement of Fair Labor Standards Act Collective Action (ECF No. 122) be granted; and, that plaintiff's Consent Motion for Attorneys' Fees and Litigation Expenses (ECF No. 126) be granted.

By copy of the report and recommendation of the magistrate judge, the parties were advised of their right to file written objections thereto. The court has received no objections to the magistrate judge's report and recommendation, and the time for filing same has expired.

The court does hereby adopt and approve in full the findings and recommendations set forth in the Report and Recommendation of the United States Magistrate Judge filed April 12, 2013. Accordingly, the defendant's Motions to Seal (ECF Nos. 120 and 142) are **DENIED**; the Joint Motion for Approval of Settlement of Fair Labor Standards Act Collective Action (ECF No. 122) is **GRANTED**; and the plaintiffs' Consent Motion for Attorneys' Fees and Litigation Expenses (ECF No. 126) is **GRANTED**.

The Clerk shall forward a copy of this Final Order to all parties of record.

It is so **ORDERED**.

/s/
Rebecca Beach Smith
Chief
United States District Judge

May 3, 2013